UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/4/2021___
```

-------------------------------------------------------- X
                                             :

QLAY CO.,                                 :
                                               :

                    Plaintiff,     :

                                               :           21-cv-1784 (VSB)

        -against-                     :

                                               :            **ORDER**

AMBROSIA OWEN et al.,            :
                                               :

                    Defendants.    :
                                               :
-------------------------------------------------------- X

**VERNON S. BRODERICK, United States District Judge:**

     It is hereby:

     ORDERED that the above-captioned action is now unsealed.  Records Management is directed to upload all documents filed to date on the Electronic Case Filing system.

     SO ORDERED.

Dated: April 4, 2021
       New York, New York

                                   Vernon S. Broderick
                                   United States District Judge