UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                         :

QLAY CO.,                                            :

                          Plaintiff,          :

                                                          :          21-cv-1784 (VSB)

             -against-                       :

                                                          :             **<u>ORDER</u>**

AMBROSIA OWEN et al.,                :

                        Defendants.  :

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On April 2, 2021, there was an order to show cause hearing in the above-captioned case as to why a preliminary injunction should not issue against Defendants. No Defendants issued opposition papers to the order to show cause or appeared for the hearing, despite the fact that Plaintiff successfully served all but eleven Defendants and attempted to serve all Defendants. At the hearing, I identified several questions or issues on which I need further clarity before making any final judgment as to whether or not to issue a preliminary injunction in this case. Nevertheless, I feel that it is warranted to extend the temporary restraining order ("TRO") currently in place. Accordingly, it is hereby:

      ORDERED that Plaintiff's TRO that I granted on March 19, 2021, and which is attached to this order, is extended and shall remain in effect through April 16, 2021.

      IT IS FURTHER ORDERED that the parties are directed to appear for a telephonic hearing to discuss Plaintiff's application for a preliminary injunction on April 16, 2021 at 11 AM. The call-in information is 888-363-4749 and the access code is 2682448.

      IT IS FURTHER ORDERED that Plaintiff is directed to submit a letter on or before

April 14, 2021, responding to the various questions I raised at the April 2, 2021 hearing in this case—including, but not limited to, 1) whether or not it has successfully placed orders from Defendants an11gwayash, anrpsh, and Patriciayy; 2) whether it has been able to successfully serve the eleven Defendants for whom service was unsuccessful, 3) provide the legal basis for why, if service is not accomplished as to those eleven Defendants, it would or would not be appropriate to include those Defendants in any preliminary injunction order or in this lawsuit more broadly; 4) whether it has received of the orders it placed from Defendants and, if so, its impressions about the likenesses and quality of the products; and 5) any other information I requested at the hearing.

SO ORDERED.

Dated: April 6, 2021
       New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge