```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
QLAY CO.,                                                    :
:
                           Plaintiff,                        :
:                    21-cv-1784 (VSB)
           -against-                                         :
:                        **ORDER**
AMBROSIA OWEN et al.,                                        :
:
                           Defendants.                       :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 21, 2021, Plaintiff sent an email to my Chambers inbox that contained an attached letter. Plaintiff represented that it emailed the letter rather than submitting it on the docket because it contained highly confidential information. I agree that the letter contains highly confidential information. Accordingly, it is hereby:

ORDERED that Plaintiff shall be granted permission to file the April 21, 2021 letter under seal.

IT IS FURTHER ORDERED that Plaintiff shall file the original letter with Sealed Records, and then submit a filing on the docket with proposed redactions.

SO ORDERED.

Dated: April 22, 2021
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge