USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
QLAY CO.,                                                   :
:
                Plaintiff,                      :
:    21-CV-1784 (VSB)
       -against-                                           :
:    **ORDER**
AMBROSIA OWEN et al.,                                       :
:
                Defendants.                     :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed an affidavit of service on April 22, 2021, indicating that the deadline for Defendants to respond to Plaintiff's complaint was April 15, 2021. (Doc. 21.) To date, no Defendants have responded to the complaint or any previous orders, requested an extension, or noticed an appearance. Accordingly, if Plaintiff intends to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 24, 2021. If Plaintiff fails to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 23, 2021
             New York, New York

                                                 VERNON S. BRODERICK
                                                 United States District Judge