UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

QLAY CO.,

                              Plaintiff,

             -against-

AMBROSIA OWEN et al.,

                          Defendants.

-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __6/1/2021__

21-cv-1784 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

        I am in receipt of the May 28, 2021 certificate of service filed by Plaintiff. (Doc. 36.) In that filing, Plaintiff represents that it served the Order to Show Cause ("OTSC") and accompanying materials on all but two defaulting Defendants: bgh7 and ruifs. (*Id.*) It is hereby:

        ORDERED that Plaintiff is directed to submit a filing on or before June 7, 2021 1) explaining what measures they undertook to serve these two Defendants, and 2) discussing, with citations to any relevant authority, whether it would be appropriate for me to enter default judgment against the two Defendants if they have not been properly served with the OTSC and relevant materials.

        SO ORDERED.

Dated: June 1, 2021
      New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge