```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
QLAY CO.,                                                    :
                                                             :
                              Plaintiff,                     :
                                                             :
               -against-                                     :
                                                             :
AMBROSIA OWEN et al.,                                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

21-cv-1784 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

In light of the previous filings in this case and the representations made at the July 8, 2021 order to show cause hearing in the above-captioned case, it is hereby:

ORDERED that default judgment is entered as to liability against the 60 remaining Defendants in this case: Ambrosia Owen, BERICHER Again Again, bgh7, bounetwdthga, chenbohuan2418, chenmingzhen1989, Cheryl Klein, Clothing men's women's maternal and infant stores, Costume rider, Courtney Steele, csfiusyfisdf, Dorothyxs, Earl Vaughan, Fkdmtjsoie589345, gexiaoting85785, gftydsetgv, HanYongMaoYi, huchunyang4578, Jessemgl, jiangcheng780, Kmzka, liangchangmi147258, limengkun, liping870624, liqian1994, liyuanli6666, lvchao88988, Manueltt, mayanning274324, Ming Xiao8869, Minhuiing coats, mmxhnly, NNbupShop, OH MY GODNESS, pengpenger, Qinmeicheng0216, ruifs, Sad dimension 520 Watch, shili1426, shiyan55667, suyuqi0188, Suzette, Tee PKL, Tim Daly, tingting65892345, tryh~6677, wangbing556, wangmiib, wangyiling123, wangyuyan1234, wuduilingtao, Wuyuan123, wuzongxin66885, xiangyuanwei, xiaotianxipu, xinpianzhang, zhang2010, zhangerpeng11, zhangsungong32019, and zhangxinran60.

IT IS FURTHER ORDERED that I will refer this case to Magistrate Judge Debra C. Freeman for an inquest on damages.

SO ORDERED.

Dated: July 12, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge