UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

QLAY CO.,

                Plaintiff,                              21 **CIVIL** 1784 (JLR)(VF)

      -against-                                **DEFAULT JUDGMENT**

AMBROSIA OWEN, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 13, 2024, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the R&R for clear error. The Court finds that the report is comprehensive, well-reasoned, and free from clear error. The Court has therefore adopted Magistrate Judge Figueredo's R&R in its entirety. Final judgment is entered in favor of Plaintiff Qlay and is awarded statutory damages in the amount of $50,000 against each Defaulting Defendant, for a total damages award of $3,000,000, plus post-judgment interest in an amount to be determined according to the statutory formula set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
         November 13, 2024

                                                              **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                  **BY:**     *K. Mango*

                                                                 **Deputy Clerk**