Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Qlay Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QLAY CO.,<br><br>*Plaintiff*<br><br>v.<br><br>AMBROSIA OWEN, AN11GWAYASH, ANGELA ROSE, ANGELAYY, ANRPSH, BERICHER AGAIN AGAIN, BGH7, BOUNETWDTHGA, CHENBOHUAN2418, CHENMINGZHEN1989, CHERYL KLEIN, CLOTHING MEN'S WOMEN'S MATERNAL AND INFANT STORES, COSTUME RIDER, COURTNEY STEELE, CSFIUSYFISDF, DOROTHYXS, EARL VAUGHAN, EARNESTYY, FKDMTJSOIE589345, GALEXL, GEXIAOTING85785, GFTYDSETGV, HANYONGMAOYI, HEZHENXI1234, HUCHUNYANG4578, IAN BLACKMAN, JESSEMGL, JIANGCHENG780, KMZKA, LIANGCHANGMI147258, LIMENGKUN, LIPING870624, LIQIAN1994, LIYUANLI6666, LVCHAO88988, MANUELTT, MAYANNING274324, MAYNARDKO, MING XIAO8869, MINHUIING COATS, MMXHNLY, MSIFJ, NNBUPSHOP, OH MY GODNESS, PATRICIAYY, PENGPENGER, QINMEICHENG0216, RUIFS, RUTHERFORDCORNELIA7, | **CIVIL CASE NO. 21-cv-1784 (JLR) (VF)**<br><br>~~[PROPOSED]~~ **ORDER FOR RETURN OF SECURITY BOND** |

SAD DIMENSION 520 WATCH, SHILI1426, SHIYAN55667, SUYUQI0188, SUZETTE, TEE PKL, TIM DALY, TINGTING65892345, TRYH~6677, WANGBING556, WANGMIIB, WANGYILING123, WANGYUYAN1234, WILLIAMBERRY, WUDUILINGTAO, WUYUAN123, WUZONGXIN66885, XIANGYUANWEI, XIAOTIANXIPU, XINPIANZHANG, ZACHARIAHMK, ZHANG2010, ZHANGERPENG11, ZHANGSUNGONG32019 and ZHANGXINRAN60,

*Defendants*

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this _1st_ day of _April_, 2026, at_____ __.m.

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE